# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 18, 2025
Lyle W. Cayce
Clerk

No. 23-50890

---

8FIG, INCORPORATED,

*Plaintiff*,

NEWSWEEK DIGITAL, L.L.C.,

*Intervenor—Appellee*,

*versus*

STEPUP FUNNY, L.L.C., *doing business as* STEPUP FUNNY, *doing business as* AA7 DAYS; BENLONG HALL, L.L.C., *doing business as* BENLONG; CALIXO, L.L.C.; ULTIMATE GLAM, L.L.C., *doing business as* GLAMHIV; ROOTSTIM, L.L.C., *doing business as* OVERSEAS JAR; SPECTRA HOPE, INCORPORATED, *doing business as* STEPEAK, *doing business as* BEAUTIESZILLA; TIGRIS VENTURE, L.L.C., *doing business as* VENTURELAZE; MICRO UNIVERSE, L.L.C., *doing business as* HUANXI; GREAT COMMISSION UNIVERSITY, INCORPORATED,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-943

---

Case 2:23-cv-00943-DCP Document 123 Filed 05/12/25 Page 2 of 2
Case: 23-50890 Document: 53 Page: 2 Date Filed: 05/12/2025

No. 23-50890

Before ELROD, *Chief Judge,* HIGGINBOTHAM, and SOUTHWICK, *Circuit Judges.*

# JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that each party to bear its own cost on appeal.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

Certified as a true copy and issued
as the mandate on **May 12, 2025**

**Attest:**
**Clerk, U.S. Court of Appeals, Fifth Circuit**